640 A.2d 409

**W.G. TOMKO & SON, INC., Appellant,**

v.

**COMMONWEALTH of Pennsylvania, DEPARTMENT
OF GENERAL SERVICES.**

Supreme Court of Pennsylvania.

Argued April 6, 1994.

Decided April 22, 1994.

Thomas E. Lippard, Craig E. Frischman, Pittsburgh, for W.G. Tomko & Son, Inc.

Jose E. Morales, Nora L. Doyle, Harrisburg, for Dept. of General Services.

Before NIX, C.J., and FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY, CASTILLE and MONTEMURO, JJ.

*ORDER*

PER CURIAM:

Order affirmed.

Mr. Justice MONTEMURO is sitting by designation as Senior Justice pursuant to Judicial Assignment Docket No. 94 R1800, due to the unavailability of Mr. Justice LARSEN, see No. 127 Judicial Administration Docket No. 1, filed October 28, 1993.